*Voucher 258399 $733—*  14020 010


**BENHYATT**
Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1081229*** | 11/13/2013 | 1014584 |
| Job Date | Case No. | |
| 11/7/2013 | SACV 13-00022 CJC (JPRX) | |

| Case Name |
|---|
| SASCO vs. Weber Electric Manufacturing Company |

| Payment Terms | |
|---|---|
| Due upon receipt | WEMCL0101L |

Robert C. Brandenburg, Esq.
Brooks Kushman, PC
1000 Town Center -Floor 22
Southfield, MI 48075

(WEMCL 0101 L)

| | | | | |
|---|---|---|---|---|
| Vito Munaco (Weber Electric Manufacturing Company) | | | | |
| E-Transcript Email | 268.00 Each | @ | 2.50 | 670.00 |
| Exhibits / Scanned | 252.00 Pages | @ | 0.25 | 63.00 |
| | **TOTAL DUE >>>** | | | **$733.00** |

Payment is not contingent upon any third-party reimbursement. Payments after 30 days shall bear a compounded monthly interest rate of 1.5%. Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

**PLEASE APPROVE**
_____
RETURN TO_____

12/13/13

Tax ID: 95-4691888

*Please detach bottom portion and return with payment.*  DS_____

---

Robert C. Brandenburg, Esq.
Brooks Kushman, PC
1000 Town Center -Floor 22
Southfield, MI 48075

| | | |
|---|---|---|
| Invoice No. | : | 1081229*** |
| Invoice Date | : | 11/13/2013 |
| **Total Due** | : | **$733.00** |

| | | |
|---|---|---|
| Job No. | : | 1014584 |
| BU ID | : | 1-HYATT |
| Case No. | : | SACV 13-00022 CJC (JPRX) |
| Case Name | : | SASCO vs. Weber Electric Manufacturing Company |

Remit To: **Ben Hyatt Certified Deposition Reporters**
17835 Ventura Blvd.
Suite 310
Encino, CA 91316

**EXHIBIT 2 - Page 4**