*Voucher 263810 $960*

**Hanson/Renaissance Court Reporters & Video**
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com

| | |
|---|---|
| Job #: | 140425WA |
| Job Date: | 04/25/2014 |
| Order Date: | 04/25/2014 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | WEMCL 0101 L |
| Your Client: | |

## Invoice

| | |
|---|---|
| Invoice #: | 430154 |
| Inv. Date: | 05/13/2014 |
| Balance: | $960.00 |

**Bill To:**
Robert C. J. Tuttle, Esquire
Brooks Kushman, PC
1000 Town Center
22nd Floor
Southfield, MI 48075

| | |
|---|---|
| Action: | SASCO |
| | vs |
| | Weber Electric Manufacturing Co |
| Action #: | 13-00022 CJC |
| Rep: | WA |
| Cert: | 8600 |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | John Shields | Original via Email | Pages | 72 | $4.00 | $0.00 | $288.00 |
| 2 | Tony Fiore | Original via Email | Pages | 108 | $4.00 | $0.00 | $432.00 |
| 3 | | Attendance- | Hour | 8.00 | $30.00 | $0.00 | $240.00 |

✓ Mara A. D'Agostino
5-13-14

**Comments:**
RATES INCLUDE OUT-OF-STATE RATES

Thank You. Visa / MasterCard / American Express / Discover Accepted

| | |
|---|---|
| Sub Total | $960.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $960.00 |
| Payment | $0.00 |
| Balance Due | $960.00 |

Federal Tax I.D.: 38-2436945
Terms: After 45 Days 1.5% Penalty per month

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Robert C. J. Tuttle, Esquire
Brooks Kushman, PC
1000 Town Center
22nd Floor
Southfield, MI 48075

**Deliver To:**
Robert C. J. Tuttle, Esquire
Brooks Kushman, PC
1000 Town Center
22nd Floor
Southfield, MI 48075

## Invoice

**Hanson/Renaissance Court Reporters & Video**
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com

| | |
|---|---|
| Invoice #: | 430154 |
| Inv. Date: | 05/13/2014 |
| Balance: | $960.00 |
| Job #: | 140425WA |
| Job Date: | 04/25/2014 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | WEMCL 0101 L |
| Your Client: | |

**EXHIBIT 3 - Page 5**