*voucher 265382  $ 402—  010*

# Hanson/Renaissance
## Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com

Job #: 140616WA
Job Date: 06/16/2014
Order Date: 06/16/2014
DB Ref.#:
Date of Loss: / /
Your File #: WEMCL 0101 L
Your Client:

## Invoice

Invoice #: 432697
Inv. Date: 06/24/2014
Balance: $402.00

**Bill To:**
Robert C. J. Tuttle, Esquire
Brooks Kushman, PC
1000 Town Center
22nd Floor
Southfield, MI 48075

Action: SASCO
vs
Weber Electric Manufacturing Co
Action #: 13-00022 CJC
Rep: WA
Cert: 8600

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | William Manthey | Original via Email | Pages | 78 | $4.00 | $0.00 | $312.00 |
| 2 | | Attendance- | Hour | 3.00 | $30.00 | $0.00 | $90.00 |

*[signature] 6/24/14*

**Comments:**
RATES INCLUDE OUT-OF-STATE RATES

Thank You. Visa / MasterCard / American Express / Discover Accepted

**PLEASE APPROVE**
RCJT OK
**RETURN TO _____**

| | |
|---|---|
| Sub Total | $402.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $402.00 |
| Payment | $0.00 |
| Balance Due | $402.00 |

Federal Tax I.D.: 38-2436945
Terms: After 45 Days 1.5% Penalty per month

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

DS 7/17/14     7/25/5

**Bill To:**
Robert C. J. Tuttle, Esquire
Brooks Kushman, PC
1000 Town Center
22nd Floor
Southfield, MI 48075

**Deliver To:**
Robert C. J. Tuttle, Esquire
Brooks Kushman, PC
1000 Town Center
22nd Floor
Southfield, MI 48075

## Invoice

Invoice #: 432697
Inv. Date: 06/24/2014
Balance: $402.00
Job #: 140616WA
Job Date: 06/16/2014
DB Ref.#:
Date of Loss: / /
Your File #: WEMCL 0101 L
Your Client:

# Hanson/Renaissance
## Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com

**EXHIBIT 5 - Page 8**